United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Erika Tejeda, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-23725-Civ-Scola |
| | ) |
| Swire Properties, Inc., Defendant. | ) |

### **Order Adopting Magistrate's Report and Recommendation**

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion to tax costs (ECF No. 50). On December 26, 2019, Judge Torres issued a report, recommending that the Court grant the motion, in part, and award the Defendant costs in the amount of $2,830.88. (Rep. & Recs., ECF No. 56.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 56**). Consistent with the report, the Court awards **$2,830.88** in costs to Defendant Swire Properties, Inc. to be paid by Plaintiff Erika Tejeda.

**Done and ordered** at Miami, Florida on March 5, 2020.

_____
Robert N. Scola, Jr.
United States District Judge